JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA G.[1], an Individual, | Case No. 2:21-08454 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

///

///

///

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is vacated, and that the case is remanded for further proceedings consistent with the Memorandum Opinion and Order of Remand.

DATED:  February 28, 2023            /s/ Autumn D. Spaeth
                                     THE HONORABLE AUTUMN D. SPAETH
                                     United States Magistrate Judge